# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN REED | § | |
| | § | |
| v. | § | |
| | § | |
| KROGER TEXAS LP d/b/a KROGER and UNIFIED PROTECTIVE SERVICES INC. | § | |
| ___ | § | CIVIL ACTION NO. 3:24-CV-2248-S-BN |
| | § | |
| KROGER TEXAS LP | § | |
| | § | |
| v. | § | |
| | § | |
| UNIFIED PROTECTIVE SERVICES INC. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff Kevin Reed's claims under Federal Rule of Civil Procedure 41(b) and **TERMINATES AS MOOT** Defendant Kroger Texas LP's and Defendant Unified Protective Services Inc.'s motions for summary judgment [ECF Nos. 33, 35, & 39].

**SO ORDERED.**

SIGNED August 21, 2026.

**UNITED STATES DISTRICT JUDGE**